IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSSI WADE § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | NO. 3-09-CV-0346-O |
| CARROLLTON-FARMERS BRANCH § | |
| INDEPENDENT SCHOOL DISTRICT, § | |
| ET AL. § | |
| § | |
| Defendants. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, the Findings and Recommendation of the United States Magistrate Judge, and objections thereto, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

**SO ORDERED** on this **14th** day of **July, 2009**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE